# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | No. CIV S-08-1254-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).  The court is also required to screen complaints brought by litigants who have been granted leave to proceed in forma pauperis.  See 28 U.S.C. § 1915(e)(2).  Under these screening provisions, the court must dismiss a complaint or portion thereof if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.  See 28 U.S.C. §§ 1915(e)(2)(A), (B) and 1915A(b)(1), (2).  Moreover, pursuant to Federal Rule of Civil Procedure 12(h), this court must dismiss an action "[w]henever it appears . . . that the court lacks jurisdiction of the subject

matter . . . ." Because plaintiff, who is not a prisoner, has been granted leave to proceed in forma pauperis, the court will screen the complaint pursuant to § 1915(e)(2). Pursuant to Rule 12(h), the court will also consider as a threshold matter whether it has subject-matter jurisdiction.

Plaintiff's claims arise following an arrest by the Redding Police Department. Plaintiff claims that the defendants refused to provide him medical treatment for broken ribs in violation of his Eighth Amendment rights. He also alleges a number of state law claims, which this court need not address at this time. The court concludes that it has subject matter jurisdiction and that the complaint is appropriate for service by the United States Marshal without pre-payment of costs. Plaintiff is cautioned that failure to comply with the requirements of this order may result in dismissal of the action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

A summons, the undersigned's new case documents, and an initial scheduling conference order have already issued.[1] However, because plaintiff has been granted in forma pauperis status, he is entitled to have the complaint served by the United State Marshal without pre-payment of costs. This cannot occur without further action by plaintiff. Plaintiff will be required to complete and submit to the United State Marshal the documents as indicated below.

An initial scheduling conference has been set for December 3, 2008, at 10:00 a.m., before the undersigned in Redding, California. The parties are reminded of their obligation to file a status report prior to this scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff the summons, eight USM-285 forms, the initial scheduling conference order and a copy of the complaint;

///

---

[1] These are normally issued after the screening of a complaint. However, since they have already been issued, they do not need to be issued again. The Clerk of the Court will be directed to provide plaintiff another copy so he has a complete package.

2. Within 15 days from the date of this order, plaintiff shall complete the summons by indicating the addresses of the named defendants and shall submit to the United States Marshal at the address indicated below the following documents:

    a. The completed summons;

    b. One completed USM-285 form for each named defendant;

    c. Nine copies of the complaint; and

    d. Eight copies of the court's initial scheduling conference order;

3. Within 20 days of the date of this order, plaintiff shall file a notice indicating that the documents described above have been submitted to the United States Marshal;

4. The United States Marshal is directed to serve all process without pre-payment of costs not later than 60 days from the date of this order, such service of process to be completed by serving a copy of the summons, complaint, and initial scheduling conference order on the defendants at the addresses provided by plaintiff; and

6. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

DATED: July 2, 2008

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE