IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | No. CIV S-08-1254-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| CITY OF REDDING, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On July 3, 2008, the undersigned issued an order directing plaintiff to submit to the United States Marshal a competed summons, completed USM-285 forms, copies of the complaint, and copies of the court's initial scheduling conference order within 15 days.  Plaintiff was also ordered to notify the court within 20 days of the date of that order that he had submitted to the necessary documents to the United States Marshal.

       To date, plaintiff has not filed any notification with the court indicating he has complied with the court's order.  In addition, court staff has contacted the United States Marshal's office directly, and has been informed that plaintiff has not submitted the necessary documents for service as required.

1

Plaintiff has been warned that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statue or Rule or within the inherent power of the Court." See Local Rule 11-110.  Failure to comply with court orders is sufficient grounds for the court to dismiss an action.  Here, plaintiff has failed to comply with this court's previous order regarding submission of service documents to the United States Marshal.  Plaintiff will be required to show cause in writing regarding his failure to comply with the court's orders and is warned that failure to respond to this order may result in dismissal of this action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules and/or court orders.

DATED: August 26, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE