IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | No. CIV S-08-1254-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On August 27, 2008, the court issued an order to show cause for plaintiff's failure to submit the documents required for service to the United States Marshal.  Plaintiff filed a response to the order to show cause on September 15, 2008.  Accordingly, the order to show cause will be discharged.

In plaintiff's response, he indicates he does not wish to avail himself of the services provided by the Unites States Marshal to affect service of process in this matter.  He indicates he will affect service of process himself at his own expense.  He states he is aware of the service requirements of Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff is reminded, however, that Rule 4(m) requires service of the complaint within 120 days after the complaint is

1

1 filed. Therefore, service must be complete within 120 days of June 4, 2008, the date plaintiff's
2 complaint was filed. Plaintiff is also reminded that Rule 4(m) requires the court to dismiss the
3 action if service is not completed within that time frame.
4     Plaintiff has informed the court that he intends to file an amended complaint prior
5 to serving the original complaint in order to serve defendants with a complete complaint. The
6 court recognizes that pursuant to Rule 15, plaintiff's has the right to file an amended complaint
7 as a matter of course before being served with a responsive pleading. However, plaintiff should
8 bear in mind that he must still comply with the service requirements of Rule 4(m).
9     Good cause appearing, IT IS HEREBY ORDERED that the August 27, 2008
10 order to show cause is discharged.

DATED: October 8, 2008

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE