1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DWAYNE B. BURNS,                    No. CIV S-08-1254-JAM-CMK

12              Plaintiff,

13        vs.                            ORDER

14   CITY OF REDDING, et al.,

15              Defendants.

16   _____/

17              Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action

18   pursuant to 42 U.S.C. § 1983.  On October 9, 2008, plaintiff filed an amended complaint (Doc.

19   14).  In his amended complaint he adds additional claims and defendants.  The court is required

20   to screen complaints brought by litigants who have been granted leave to proceed in forma

21   pauperis.  See 28 U.S.C. § 1915(e)(2).  This screening requirement applies to amended

22   complaints as well.  However, prior to the court screening plaintiff's amended complaint, the

23   Clerk of the Court issued an amended summons on October 16, 2008.

24              This amended summons was issued in error as it was issued prior to the court

25   completing the required screening of plaintiff's amended complaint.  As such, plaintiff is directed

26   not to serve defendants with the amended summons until directed to do so by the court.  By

1

1  separate order, the court will direct the Clerk of the Court to issue an amended summons, if

2  appropriate, and direct plaintiff to serve the defendants.  However, until service is authorized,

3  plaintiff shall not attempt service of the amended summons on the defendants.

4          IT IS SO ORDERED.

6  DATED:  October 24, 2008

                                                          _____
8                                                         **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE