1

2

3

4

5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  DWAYNE B. BURNS,                              No. CIV S-08-1254-JAM-CMK

12              Plaintiff,

13      vs.                                                    <u>ORDER</u>

14  CITY OF REDDING, et al.,

15              Defendants.

16  _____/

17          Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action

18  pursuant to 42 U.S.C. § 1983.  An initial status/scheduling conference was held in this matter on

19  December 3, 2008, at 10:00 a.m. before the undersigned.  Plaintiff Dwayne Burns appeared pro

20  se.  Gary Brickwood, Esq., appeared for defendant(s).

21          Upon consideration of the defendants' status report on file in this action,

22  discussion with the parties, and good cause appearing therefor, the court will, by this order, set a

23  schedule pursuant to Federal Rule of Civil Procedure 16(b).[1]

24  / / /

25  _____

26      [1]     Defendants' status report was timely filed as required by the Local Rules.
Plaintiff's status report was untimely, and is therefore disregarded.

1          1.      The parties are exempted from the requirements outlined in Federal Rule

2  of Civil Procedure 26(a)(1) and (f);

3          2.      The parties shall exchange lists of expert witnesses no later than

4  September 30, 2009.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure

5  26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures

6  when required under Federal Rule of Civil Procedure 26(e).  Failure to comply with these

7  requirements may result in the imposition of appropriate sanctions, which may include the

8  preclusion of testimony or other evidence offered through the expert witness;

9          3.      Discovery shall be completed, and all motions pertaining to discovery

10  shall be noticed to be heard, by November 23, 2009;

11          4.      All other pre-trial motions, including dispositive motions, shall be noticed

12  to be heard by January 11, 2010;

13          5.      The pre-trial conference is set for March 12, 2010 at 2:00 p.m. in

14  courtroom 6 before the Honorable John A. Mendez.  Separate pre-trial statements shall be filed

15  pursuant to Local Rule 16-281.  At the pre-trial conference, the court will set deadlines, among

16  others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial

17  documents; and

18          6.      Jury trial of this matter is set for May 10, 2010 at 9:00 a.m. in courtroom 6

19  before the Honorable John A. Mendez.  The parties shall file trial briefs pursuant to Local Rule

20  16-285.

21          IT IS SO ORDERED.

22  DATED:  December 3, 2008

23

24                            **CRAIG M. KELLISON**

                                 UNITED STATES MAGISTRATE JUDGE

25

26