Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099-7157
Telephone: (530) 440-0036
dwaynebburns@charter.net

Plaintiff, *IN PRO PER*

# IN THE UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF REDDING, et al.,<br><br>        Defendants. | Case No. 2:08-CV-1254 JAM CMK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS PURSUANT TO FRCP RULE 41** |

## STIPULATED DISMISSAL

WHEREAS, certain parties have been able to resolve informally their disputes, IT HEREBY IS STIPULATED AND AGREED by the parties that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Defendants County of Shasta, Tom Bosenko, Don Van Buskirk, John Does I-V and Prison Health Services, Inc., and Jane Does I-X, shall be dismissed with prejudice, with the dismissed defendants and Plaintiff Dwayne B. Burns to each bear their own costs and attorneys' fees.

///

///

///

*BURNS v. REDDING, et al.*
STIP. & ORDER RE DISMISSAL         1          Case 2:08-CV-1254 JAM CMK
Burns/p/StipOrdDis09c09

PDF created with pdfFactory trial version www.pdffactory.com

SO STIPULATED:
Dated: March___, 2009

By_____
DWAYNE B. BURNS
Plaintiff, *In Pro Per*

Dated: March ___, 2009

LAW OFFICE OF NANCY E. HUDGINS

Dated: March___, 2009            By_____
Matthew M. Grigg
Attorneys for Defendant
PRISON HEALTH SERVICES, INC.

Dated: March ___, 2009            BRICKWOOD LAW OFFICE

By_____
Gary C. Brickwood
Attorneys for Defendants
BOSENKO, VAN BUSKIRK, HARVEY,
MOTY, GUTTERDING, and
COUNTY OF SHASTA

**ORDER**

Pursuant to the Stipulation of the Parties, Plaintiff's Complaint as to Defendants County of Shasta, Tom Bosenko, Don Van Buskirk, John Does I-V, Prison Health Services, Inc., and Jane Does I-X, hereby is dismissed with prejudice.

SO ORDERED this 16th day of March, 2009:

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com