Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099-7157
Telephone: (530) 440-0682
dwaynebburns@charter.net

Plaintiff, *In Pro Per*

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS, | CIVIL CASE NO. |
| Plaintiff, | 2:08-CV-1254 JAM CMK |
| vs. | STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS PURSUANT |
| CITY OF REDDING, *et al.*, | TO FRCP RULE 41; ORDER |
| Defendants. | |

### STIPULATED DISMISSAL

WHEREAS, the Plaintiff Dwayne B. Burns acting *in propria persona*, and defendants acting by and through their attorney of record, Gary Brickwood, have decided that it is in their best interests to dismiss the instant lawsuit at this time;

IT IS HEREBY STIPULATED AND AGREED by the parties that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's claims against all of the defendants shall be dismissed, with all parties to each bear their own costs and attorneys' fees.

////

////

| | |
|---|---|
| 1 | IT IS SO STIPULATED: |
| 2 | DATED this 20th day of April, 2009. |

By _____
DWAYNE B. BURNS
Plaintiff, *In Pro Per*

Dated: April 28, 2009.    BRICKWOOD LAW OFFICE

By _____
Gary C. Brickwood
Attorneys for Defendants
HARVEY, MOTY, GUTERDING, and
CITY OF REDDING

## ORDER

Pursuant to the Stipulation of the Parties, Plaintiff's Complaint is hereby dismissed.

SO ORDERED this 1st day of May, 2009.

_____
JOHN A. MENDEZ
United States District Court Judge

Page 2 – Stipulation and Order for Voluntary Dismissal Pursuant to FRCP Rule 41.